UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANGEL PIZANA,

    Petitioner,

vs.

A.P. KANE, Warden,

    Respondent.
                                 /

No. C 05-2457 PJH (PR)

**ORDER DENYING CERTIFICATE OF APPEALABILITY AND MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS**

This is a habeas case under 28 U.S.C. § 2254 filed pro se by a state prisoner. Petitioner has filed a timely notice of appeal of the ruling denying the petition and has moved for leave to proceed in forma pauperis (IFP) on appeal.

A petitioner may not appeal a final order in a federal habeas corpus proceeding without first obtaining a certificate of appealability (formerly known as a certificate of probable cause to appeal). *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A judge shall grant a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate must indicate which issues satisfy this standard. *See id.* § 2253(c)(3). "Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 120 S.Ct. 1595, 1604 (2000). Although petitioner has not requested a certfiicate of appealability, the notice of appeal will be treated as such a request. *See United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997).

///

For the reasons set out in the order denying the petition, jurists of reason would not find the result debatable or wrong. Petitioner's request for a certificate of appealability inferred from the notice of appeal (document number 15 on the docket) is **DENIED**.

The clerk shall transmit the file, including a copy of this order, to the Court of Appeals. *See* Fed. R.App.P. 22(b); *United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997). Petitioner may then ask the Court of Appeals to issue the certificate, *see* R.App.P. 22(b)(1), or if he does not, the notice of appeal will be construed as such a request, *see* R.App.P. 22(b)(2).

Petitioner's motion for leave to proceed IFP on appeal (document number 22) is **DENIED** without prejudice to renewing it if the Court of Appeals grants a COA.

**IT IS SO ORDERED.**

Dated: February 4, 2010

PHYLLIS J. HAMILTON
United States District Judge

P:\PRO-SE\PJH\HC.05\PIZANA2457.COA.wpd